UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

MICHAEL BROWN,                                                          JUDGMENT
                                                                       18-cv-570 (FB)(PK)
                          Plaintiff,

          -against-


THE CITY OF NEW YORK, JOSEPH
VENEZIANO and RAYMOND SPINELLA,
*in their individual and official capacities,*

                          Defendants.
-----------------------------------------------------------X

          A Memorandum and Order of Honorable Frederic Block, United States District Judge,

having been filed on November 7, 2019, granting the motion to dismiss; it is

          ORDERED and ADJUDGED that the motion to dismiss is granted.

Dated: Brooklyn, New York                               Douglas C. Palmer
          November 8, 2019                              Clerk of Court


                                                  by:   */s/ Jalitza Poveda*
                                                        Deputy Clerk